# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

DENNIS MARTIN BEYER, JR.,  §
    #02298991  §
      §
VS.  §    CIVIL ACTION NO. 4:22-cv-875
      §
DIRECTOR, TDCJ-CID  §

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 29, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #45) that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. #1) be denied, and that the case be dismissed with prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. #1) is **DENIED**, and the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

IT IS SO ORDERED.

SIGNED this 18th day of March, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE